BRADLEY ARANT BOULT CUMMINGS LLP
MICHAEL W. KNAPP (SBN 200422)
mknapp@bradley.com
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, NC 28201
Telephone:  (704) 338-6004
Facsimile:  (704) 338-6096

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN R. HEISSE (SBN 134964)
john.heisse@pillsburylaw.com
WILLIAM S. HALE (SBN 260414)
william.hale@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

Craig E. Guenther, bar No. 126134
ceguenther@boothmitchel.com
Booth, Mitchel & Strange LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
(714) 480-8500 / Fax: (714) 480-8533
Attorneys for Defendant North American
Specialty Insurance Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*San Francisco*

| | |
|---|---|
| Kirlin Builders, LLC, f/k/a John J. Kirlin Special Projects, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>North American Specialty Insurance Company,<br><br><br>            Defendants.<br>AND RELATED CROSS-CLAIM | Case Number: 3:17-cv-00608 JST<br><br><br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐☐ **Mediation** (ADR L.R. 6)

✖ **Private ADR** (*specify process and provider*) Kirlin Builders, LLC ("Kirlin") and North American Surety Specialty Insurance Company ("NAS") have agreed to private mediation with a private mediator. These parties will request Cross-Defendants, Federal Solutions Group, Inc., dba Federal Construction; BARA Infoware, Inc.; Selina Singh; and Manjidar P. Singh to participate in the private mediation after they have answered. Cost of mediator will be split equally by all participants.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

✖ other requested deadline: Kirlin and NAS request the deadline be set 180 days from the date of the order referring the case to ADR

Date: April 21, 2017      /s/ Laura C. Hurtado
                                      Attorney for Plaintiff

Date: April 21, 2017
                                      Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: April 24, 2017

                             U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*