1  BRADLEY ARANT BOULT CUMMINGS LLP
   MICHAEL W. KNAPP (SBN 200422)
2  mknapp@bradley.com
   Hearst Tower
3  214 North Tryon Street, Suite 3700
   Charlotte, NC 28202
4  Telephone: (704) 338-6004
   Facsimile: (704) 338-6096
5

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN R. HEISSE (SBN 134964)
7  john.heisse@pillsburylaw.com
   WILLIAM S. HALE (SBN 260414)
8  william.hale@pillsburylaw.com
   LAURA C. HURTADO (SBN 267044)
9  laura.hurtado@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
10 San Francisco, CA 94111-5998
   Telephone: (415) 983-1000
11 Facsimile: (415) 983-1200
12 *Counsel for Plaintiff KIRLIN BUILDERS, LLC*

13 Craig E. Guenther, bar No. 126134
   cequenther@boothmitchel.com
14 Booth, Mitchel & Strange LLP
   701 South Parker Street, Suite 6500
15 Orange, CA 92868-4733
   (714) 480-8500 / Fax: (714) 480-8533
16 *Counsel for Defendant North American*
   *Specialty Insurance Company*

17
              UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
19

20 KIRLIN BUILDERS, LLC, f/k/a JOHN J.      Case No. 3:17-cv-00608 JST
   KIRLIN SPECIAL PROJECTS, LLC,

21         Plaintiff,                       **JOINT STIPULATION AND
                                            [PROPOSED] ORDER CONTINUING
22    v.                                    CASE MANAGEMENT CONFERENCE
                                            AND OTHER PENDING DEADLINES**
23
   NORTH AMERICAN SPECIALTY
24 INSURANCE COMPANY,

25         Defendant.

26 ─────────────────────────────
   AND RELATED CROSS-CLAIM
27

28                        1 of 4

1   This Stipulation is entered into by and among Plaintiff Kirlin Builders, LLC ("Kirlin")

2   and Defendant/Cross-Plaintiff North American Specialty Insurance Company ("NAS")

3   (collectively "the Parties"), by and through their respective counsel;

4   WHEREAS, Kirlin filed a complaint in the above-entitled action in the United States

5   District Court for the Northern District of California, on February 7, 2017 (the "Complaint") and

6   served the Complaint on NAS on March 7, 2017;

7   WHEREAS, on February 23, 2017, the Clerk continued the date of the Case Management

8   Statement from May 5, 2017 to May 15, 2017 and the Initial Case Management Conference from

9   May 12, 2017 to  May 24, 2017;

10

11  WHEREAS, NAS filed its answer to the Complaint and cross-claim (the "Cross-Claim")

12  against Cross-Defendants, Federal Solutions Group, Inc, d/b/a Federal Construction, Bara

13  Infoware, Inc., Selina Sing & Manjindar P. Singh on March 28, 2017 and served Cross-

14  Defendants on April 12, 2017;

15

16  WHEREAS, Cross-Defendants have not yet answered the Cross-Claim;

17  WHEREAS, Cross-Defendants' answer to the Cross-Claim is currently due May 3, 2017;

18  WHEREAS, on April 21, 2017, the Parties met and conferred regarding the initial

19  disclosures, early settlement, ADR process selection, and the discovery plan;

20  WHEREAS, a Joint Case Management Statement is currently due by May 15, 2017 and

21  the Initial Case Management Conference is set for May 24, 2017 (Dkt. No. 10);

22  WHEREAS, the Parties agree that a twenty-eight (28) day continuance of the Case

23

24  Management Conference and related pending deadlines is necessary so as to allow the

25  participation of Cross-Defendants, who have yet to answer the Cross-Claim;

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
CMC AND OTHER PENDING DEADLINES
CASE NO. 3:17-cv-00608 JST

WHEREAS, the Parties agree that a twenty-eight (28) day continuance of the Case Management Conference and related pending deadlines will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rules 6-2(a) and 7-12, the Parties hereby stipulate and agree, through their respective counsel, as follows:

1.      The May 24, 2017 Case Management Conference shall be continued by twenty-eight (28) days to June 21, 2017 at 2PM, or another date thereafter that is convenient for the Court.

2.      The deadline to file the Joint Case Management Statement, Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report shall be continued to and including fourteen (14) days prior to the new date for the Case Management Conference.

**IT IS SO STIPULATED.**

Dated:  April 26, 2017          By:

                                /s/ Laura C. Hurtado
                                _____
                                LAURA C. HURTADO

                                *Counsel for Plaintiff KIRLIN BUILDERS, LLC*

Dated:  04/26/17               By: _____
                                CRAIG E. GUENTHER

                                *Counsel for Defendant NORTH AMERICAN
                                SPECIALTY INSURANCE COMPANY*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the case management conference currently set for May 24, 2017 at 2PM is continued to June 21, 2017 at 2PM. The deadline to file the Joint Case Management Statement, Rule 26(f)

STIPULATION AND [PROPOSED] ORDER CONTINUING
CMC AND OTHER PENDING DEADLINES
CASE NO. 3:17-cv-00608 JST

1   Report, complete initial disclosures, or state objections in Rule 26(f) Report shall be continued to

2   June 7, 2017.

3

4   Dated: April 27, 2017

                            THE HONORABLE JON S. TIGAR

5                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING
CMC AND OTHER PENDING DEADLINES
CASE NO. 3:17-cv-00608 JST