BRADLEY ARANT BOULT CUMMINGS LLP
MICHAEL W. KNAPP (SBN 200422)
mknapp@bradley.com
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6004
Facsimile: (704) 338-6096

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN R. HEISSE (SBN 134964)
john.heisse@pillsburylaw.com
WILLIAM S. HALE (SBN 260414)
william.hale@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
*Counsel for Plaintiff KIRLIN BUILDERS, LLC*

Craig E. Guenther, bar No. 126134
ceguenther@boothmitchel.com
Booth, Mitchel & Strange LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
(714) 480-8500 / Fax: (714) 480-8533
*Counsel for Defendant North American Specialty Insurance Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRLIN BUILDERS, LLC, f/k/a JOHN J. KIRLIN SPECIAL PROJECTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:17-cv-00608 JST<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY PROCEEDINGS PENDING MEDIATION** |
| AND RELATED CROSS-CLAIM | |

This Stipulation is entered into by and among Plaintiff Kirlin Builders, LLC ("Kirlin") and Defendant/Cross-Plaintiff North American Specialty Insurance Company ("NAS") (collectively "the Parties"), by and through their respective counsel;

WHEREAS, Kirlin filed a complaint in the above-entitled action in the United States District Court for the Northern District of California, on February 7, 2017 (the "Complaint"), and served the Complaint on NAS on March 7, 2017 (ECF Nos. 1 and 11);

WHEREAS, on February 23, 2017, the Clerk continued the due date for the Case Management Statement from May 5, 2017 to May 15, 2017, and the Initial Case Management Conference from May 12, 2017 to May 24, 2017 (ECF No. 10);

WHEREAS, NAS filed its answer to the Complaint and cross-claim (the "Cross-Claim") against Cross-Defendants, Federal Solutions Group, Inc, d/b/a Federal Construction ("FSG"), Bara Infoware, Inc. ("Bara"), Selina Singh, & Manjindar P. Singh (the "Singhs") on March 28, 2017 (ECF No. 12);

WHEREAS, on April 21, 2017, the Parties met and conferred regarding the initial disclosures, early settlement, ADR process selection, and the discovery plan;

WHEREAS, on April 26, 2017, the Parties filed the Joint Stipulation and [Proposed] Order Continuing Case Management Conference and Other Pending Deadlines (ECF No. 23) seeking a twenty-eight (28) day continuance of the Case Management Conference and related pending deadlines so as to allow the participation of Cross-Defendants, who had not yet answered the Cross-Complaint;

WHEREAS, the Court entered the Order Continuing Case Management Conference and Other Pending Deadlines on April 27, 2017 (ECF No. 24);

WHEREASE, NAS successfully performed service on Cross-Defendant Bara, on April 12, 2017 (ECF No. 15), on Cross-Defendant FSG on May 19, 2017 (ECF No. 25), on Cross-Defendant Selina Singh on May 23, 2017 (ECF No. 26), and on Cross-Defendant Manjindar P. Singh on May 23, 2017 (ECF No. 27);

WHEREAS, Cross-Defendant Bara's answer to the Cross-Claim was due May 3, 2017; Cross-Defendant FSG's answer to the Cross-Claim is due June 8, 2017; and Cross-Defendants Singhs' answers to the Cross-Claim are due June 12, 2017;

WHEREAS, none of the Cross-Defendants have answered the Cross-Claim;

WHEREAS, the Case Management Statement is currently due by June 7, 2017, and the Case Management Conference is set for June 21, 2017 (ECF No. 24);

WHEREAS, although the Parties have not yet set the date(s) for the mediation, the Parties have agreed upon the private mediator and the Parties anticipate that the mediation shall be completed not later than August 31, 2017;

WHEREAS, should the mediation be unsuccessful in achieving resolution of this action, the Parties shall confer and attempt to agree on a revised proposed Scheduling Order, and shall seek the Court's approval of a revised schedule either through agreement or a scheduling conference with the Court;

WHEREAS, the Parties agree that staying the case pending mediation will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rules 6-2(a) and 7-12, the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The June 7, 2017 deadline to file the Joint Case Management Statement, Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report shall be stayed pending mediation;

2. The June 21, 2017 Case Management Conference, shall be stayed pending mediation;

3. The mediation shall be completed not later than August 31, 2017;

4. The Parties will notify the Court within ten (10) days of completion of the mediation, and inform the Court at that time whether further proceedings in this action are required;

5. Should the mediation be unsuccessful in achieving resolution of the action between the Parties, the Parties shall confer and attempt to agree on a revised proposed Scheduling Order, and shall seek the Court's approval of a revised schedule either through agreement or a scheduling conference with the Court by September 10, 2017

**IT IS SO STIPULATED.**

Dated: 5/30/17 By:

/s/ Laura C. Hurtado
LAURA C. HURTADO

*Counsel for Plaintiff KIRLIN BUILDERS, LLC*

Dated: 05/26/17 By: [signature]
CRAIG E. GUENTHER

*Counsel for Defendant NORTH AMERICAN SPECIALTY INSURANCE COMPANY*

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for June 21, 2017, at 2PM and the June 7, 2017 deadline, to file the Joint Case Management Statement; Rule 26(f) Report; complete initial disclosures; or state objections in Rule 26(f) Report are stayed pending further Order of this Court. The Parties are hereby directed to complete mediation by August 31, 2017, and to notify the Court within ten (10) days of completion of the mediation, and to inform the Court at that time whether further proceedings in this action are required.

Should the mediation be unsuccessful in achieving resolution of this action between the Parties, the Parties shall confer and attempt to agree on a revised proposed Scheduling Order, and shall seek the Court's approval of a revise schedule either through agreement or a scheduling conference with the Court by September 10, 2017.

Dated: May 31, 2017

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE