BRADLEY ARANT BOULT CUMMINGS LLP
MICHAEL W. KNAPP (SBN 200422)
mknapp@bradley.com
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6004
Facsimile: (704) 338-6096

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN R. HEISSE (SBN 134964)
john.heisse@pillsburylaw.com
WILLIAM S. HALE (SBN 260414)
william.hale@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
*Counsel for Plaintiff KIRLIN BUILDERS, LLC*

Craig E. Guenther, bar No. 126134
ceguenther@boothmitchel.com
Booth, Mitchel & Strange LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
(714) 480-8500 / Fax: (714) 480-8533
*Counsel for Defendant North American Specialty Insurance Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRLIN BUILDERS, LLC, f/k/a JOHN J. KIRLIN SPECIAL PROJECTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIM | Case No. 3:17-cv-00608 JST<br><br>**STIPULTION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:17-cv-00608 JST

Plaintiff Kirlin Builders, LLC ("Kirlin") and North American Specialty Insurance Company ("NAS"), through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), now file this Stipulation of Dismissal With Prejudice signed by counsel. Through this filing, Kirlin dismisses its claims with prejudice, and dismisses this action. Kirlin and NAS agree that each shall bear its own costs, including attorneys' fees.

Cross-Complainant North American Specialty Insurance Company's Cross-Claim remains active.

**IT IS SO STIPULATED.**

Dated: September 8, 2017

By: /s/ Laura C. Hurtado
LAURA C. HURTADO

*Counsel for Plaintiff KIRLIN BUILDERS, LLC*

Dated: September 8, 2017

By: /s/ Craig E. Guenther
CRAIG E. GUENTHER

*Counsel for Defendant NORTH AMERICAN SPECIALTY INSURANCE COMPANY*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: September 8, 2017

By: _____/s/ Laura C. Hurtado_____
LAURA C. HURTADO

*Counsel for Plaintiff KIRLIN BUILDERS, LLC*

**[PROPOSED] ORDER**

Per Plaintiff Kirlin Builders, LLC's and Defendant North American Specialty Insurance Company's Joint Stipulation, IT IS SO ORDERED:

The Clerk shall close the file.

Dated: September 11, 2017

_____
JON S. TIGAR
United States District Judge